# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER LOWRY,
                    Appellant,
vs.
SERGEANT LINDBURG,
                    Respondent.

No. 81497

**FILED**

AUG 07 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for the appointment of counsel. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. No statute or court rule allows an appeal form an order denying a motion for the appointment of counsel. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.                    _____, J.
Stiglich                             Silver

SUPREME COURT
OF
NEVADA

(0) 1947A

20-29115

cc:    Hon. Jim C. Shirley, District Judge
Christopher Lowry
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A